118 F.3d 1399
 97 Daily Journal D.A.R. 10,003
 COEUR D'ALENE TRIBE OF IDAHO, in its own right and as the
beneficially interested party subject to the trusteeship of
the United States of America; Ernest L. Stensgar; Lawrence
Aripa; Margaret Jose; Domnick Curley; Al Garrick; Norma
Peone; Henry Sijohn, individually, in their official
capacity and on behalf of all enrolled members of the Coeur
D'Alene Tribe Of Idaho, Plaintiffs-Appellants,
v.
STATE OF IDAHO; Cecil D. Andrus, Governor; Pete Cenarrusa,
Secretary of State; Larry Echohawk, Attorney General; J.D.
Williams, Auditor; Jerry Evans, Superintendent of Public
Instruction; Keith Higginson, Director, Dep't of Water
Resources, each individually and in his official capacity;
Idaho State Board of Land Commissioners; Idaho State
Department of Water Resources, Defendants-Appellees.
 No. 92-36703.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 1, 1997.
 
 Before: WRIGHT, REAVLEY,* and LEAVY, Circuit Judges.
 
 
 1
 Prior report: 798 F.Supp. 1443.
 
 
 2
 In accordance with the judgment of the United States Supreme Court in Idaho v. Coeur D'Alene Tribe, --- U.S. ----, 117 S.Ct. 2028, 138 L.Ed.2d 438 (1997), reversing and remanding our prior decision published at 42 F.3d 1244 (9th Cir.1994), this case is REMANDED to the district court for further proceedings not inconsistent with the Supreme Court's opinion.
 
 
 
 *
 Honorable Thomas M. Reavley, Senior Judge for the United States Court of Appeals for the Fifth Circuit, sitting by designation